**JS-6**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN BARRETTE,<br><br>                    Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORP., et al.,<br><br>                    Defendants. | Case No. CV08-03825  (JFW)<br><br>ORDER FOR DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)(2) |

## ORDER

        Pursuant to the terms of the Joint Stipulation for Dismissal filed on May 15, 2009 (Docket No. 27) and for good cause shown, this action is hereby ordered dismissed with prejudice as to all parties, and Defendants are awarded their costs incurred herein in the amount of $751.11.


DATED:  5/18/09

_John F. Watt_
_____
John F. Walter
United States District Judge

-1-

ORDER FOR DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)(2)